[This opinion has been published in *Ohio Official Reports* at 81 Ohio St.3d 1260.]

COLUMBUS BAR ASSOCIATION *v*. ELSASS.

[Cite as *Columbus Bar Assn. v. Elsass*, 1998-Ohio-485.]

(No. 97-1651—Submitted March 25, 1998—Decided April 1, 1998.)

ON APPLICATION TO BE PURGED OF CONTEMPT AND FOR REINSTATEMENT.

———————————

{¶ 1} This cause came on for further consideration upon the filing by respondent on February 25, 1998, of an application that he be purged of contempt and that he be reinstated to the practice of law in Ohio, and upon the filing by movant, Columbus Bar Association, on February 25, 1998, of a notification of compliance with panel rulings.

{¶ 2} The court coming now to consider its order of November 26, 1997, wherein the court found respondent in contempt and suspended him until he purged himself of contempt, finds that respondent has substantially complied with that order.  Therefore,

{¶ 3} IT IS ORDERED by this court that the application be, and hereby is, granted, and that Tobias H. Elsass, a.k.a. Tobias Harold Elsass, Attorney Registration No. 0024436, last known business address in Columbus, Ohio, be and hereby is, reinstated to the practice of law in the state of Ohio.

{¶ 4} IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

{¶ 5} For earlier case, see *Columbus Bar Assn. v. Elsass* (1997), 80 Ohio St.3d 1456, 686 N.E.2d 1372.

DOUGLAS, Acting C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., not participating.

———————————